JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHIE CORVERA,<br>Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES,<br>Defendant. | No. 2:24-cv-09253-JAK (BFMx)<br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. 53)**<br>**JS-6: CASE TERMINATED** |

Based on a review of the Stipulation to Dismiss Case With Prejudice ("Stipulation" (Dkt. 53)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above action is dismissed with prejudice in its entirety with each side to bear its own costs and attorney's fees. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: August 10, 2026

John A. Kronstadt
United States District Judge